No. 594. LUNDON *v.* CHAPMAN, KEEPER OF THE FLORIDA STATE PENITENTIARY. February 1, 1943. Petition

